UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDIO BALBERO, ET AL | CIVIL ACTION |
| VERSUS | NO. 08-3900 c/w 08-4099 |
| CONOCO PHILLIPS COMPANY | SECTION "C" (5) |

ORDER AND REASONS

This matter comes before the Court on motions for dismissal filed by Claudio Balbero, Greg Oliver and Barry Rivere. Having considered the record, the memoranda of counsel and the law, the Court has determined that dismissal without prejudice is appropriate for the following reasons.

The plaintiffs in these consolidated diversity cases seek damages for personal injuries allegedly sustained on July 3, 2008, while they were working for an independent contractor at the defendant's refinery in Belle Chasse, Louisiana. The plaintiffs seek dismissal without prejudice to the right to pursue their claims in state court because of their anticipated addition of a non-diverse defendant allegedly at fault in causing the accident. The defendant argues in opposition that the motions to voluntarily dismissed were "late in the proceedings" and that it has filed a motion for summary judgment addressed to the issue of statutory employer status under

Louisiana law, an adverse ruling on which the plaintiffs seek to avoid. The defendant also argues that the deadline for filing amendments has passed and that the amendment would not be allowed if this matter had been removed. The Court disagrees with the defendant's arguments.

The Court has great discretion in determining the propriety of dismissal without prejudice under Fed. R. Civ. P. 41(a)(2), which provides for dismissal at the plaintiff's request "only by court order, on terms that the court considers proper." "Many courts have taken the sensible position that dismissals without prejudice generally should be granted by the district court if no prejudicial effects would result for the opposing party." Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 2364 (West). Here, the defendant can point to no prejudice. Suit was filed within days of the accident and approximately six months before the motions to dismiss were filed. The defendant's motion for summary judgment was filed after the first motion to dismiss was filed by the plaintiffs and is directed to an issue of Louisiana law, which a state court is certainly competent to entertain. The plaintiffs' anticipated amendment bringing in the non-diverse defendant is not frivolous. State court provides the only venue in which all claims against all parties can be tried in a single proceeding.

Accordingly,

IT IS ORDERED that the motions for dismissal filed by Claudio Balbero, Greg

Oliver and Barry Rivere are GRANTED. (Rec. Docs. 33, 27). In so ruling, the Court does not address the merits of the defendant's motion for summary judgment in any way.

New Orleans, Louisiana, this 6th day of March, 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE